# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Gymboree Group, Inc. *et al.* | ) | Case No. 19-3258-KLP |
| Debtor(s) | ) | Chapter 11 |
| | | (Jointly Administered) |

### APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Gymboree Group, Inc., *et al.*:**

| | |
|---|---|
| Brookfield Property REIT, Inc.<br>350 N. Orleans St., Suite 300<br>Chicago, IL  60654 | Hansoll Textile, Ltd.<br>268 Songpa- Daero<br>Songpa-Gu<br>Seoul, Korea |
| LF Centennial Pte Ltd<br>c/o Li & Fung<br>888 Cheung Sha Wan Road<br>Kowloon, Hong Kong | Pan Pacific Co., Ltd<br>12, Digital-ro  31-gil<br>Seoul, Korea |
| Simon Property Group, LP<br>225 W. Washington St.<br>Indianapolis, IA 46204 | |

John P. Fitzgerald
Acting United States Trustee
Region 4

Date: January 23, 2019

By:  /s/ Robert B. Van Arsdale

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2019, I caused to be electronically mailed a true and correct copy of the foregoing to the Committee members as listed above.  The Court has electronically mailed the document to all other necessary parties via the CM/ECF system.


  /s/ Robert B. Van Arsdale