Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

Michael A. Condyles, Esq. (VA 27807)
Peter J. Barrett, Esq. (VA 46179)
Jeremy S. Williams, Esq. (VA 77469)
Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192

*Co-Counsel for Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GYMBOREE GROUP, INC., *et al.*,[1] | ) | Case No. 19-30258 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED NOTICE OF ADJOURNMENT OF AUCTION TO
THURSDAY, FEBRUARY 28, 2019 AT <u>10:00 A.M.</u> (PREVAILING EASTERN TIME)**

**WHEREAS** on January 17, 2019, the United States Bankruptcy Court for the Eastern District of Virginia entered an order (the "<u>Bidding Procedures Order</u>")[2] authorizing certain bidding procedures (the "<u>Bidding Procedures</u>")[3] to be used in connection with the sale(s) of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gymboree Group, Inc. (6587); Gymboree Intermediate Corporation (1473); Gymboree Holding Corporation (0315); Gymboree Wholesale, Inc. (6588); Gym-Mark, Inc. (6459); Gymboree Operations, Inc. (6463); Gymboree Distribution, Inc. (8669); Gymboree Manufacturing, Inc. (6464); Gymboree Retail Stores, LLC (6461); Gym-Card, LLC (5720); and Gymboree Island, LLC (1215).  The Debtors' service address is 71 Stevenson Street, Suite 2200, San Francisco, California 94105.

[2] The Bidding Procedures Order is entitled *Order (I)(A) Approving Bidding Procedures, (B) Approving J&J Stalking Horse Purchase Agreement, (C) Scheduling an Auction and Approving Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling the Sale Hearing; (II) Approving (A) the Sale(s), Free and Clear of Encumbrances and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 76].

[3] The Bidding Procedures are attached to the Bidding Procedures Order as Exhibit 1.

assets of the above-captioned debtors in possession (the "Debtors") and therein approved the *Notice of Sale, Bid Procedures, Auction, Sale Objection, Sale Hearing and Other Deadlines related Thereto* (the "Sale Notice").[4]

**WHEREAS** the Sale Notice stated that the auction (the "Auction") would take place on February 25, 2019 at 10:00 a.m. (prevailing Eastern Time) at the offices of Milbank LLP, 55 Hudson Yards, New York, New York 10001.

**WHEREAS** the Debtors filed the first notice of adjournment on February 22, 2019 to state that the Auction would take place on Wednesday, February 27, 2019 at 10:00 a.m. (prevailing Eastern Time) at the offices of Milbank LLP, 55 Hudson Yards, New York, New York 10001. [Docket No. 409].

**WHEREAS** pursuant to the Bidding Procedures, the Debtors may modify, in any manner consistent with the Debtors' fiduciary duties and applicable law, the procedures and deadlines set forth in the Bidding Procedures, including rescheduling the Auction or adjourning the Sale Hearing.[5]

**WHEREAS** the Debtors have received additional interest in the Assets and have continued work with interested parties towards a goal of maximizing the value obtained from the Sale.

**PLEASE TAKE NOTICE THAT** the Auction is hereby **adjourned to Thursday, February 28, 2019 at 10:00 a.m. (prevailing Eastern Time)** and will take place at the offices of Milbank LLP, 55 Hudson Yards, New York, New York 10001.

---

[4] The Sale Notice is attached to the Bidding Procedures Order as Exhibit 3.
[5] Paragraph IX of the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve the right to change the time and date of the Auction upon written notice to the Court.

| | |
|---|---|
| Dated: February 26, 2019<br>Richmond, Virginia | */s/ Brian H. Richardson*<br>Michael A. Condyles, Esq. (VA 27807)<br>Peter J. Barrett, Esq. (VA 46179)<br>Jeremy S. Williams, Esq. (VA 77469)<br>Brian H. Richardson, Esq. (VA 92477)<br>**KUTAK ROCK LLP**<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219-4071<br>Telephone:     (804) 644-1700<br>Facsimile:      (804) 783-6192<br>Email:   Michael.Condyles@KutakRock.com<br>            Peter.Barrett@KutakRock.com<br>            Jeremy.Williams@KutakRock.com<br>            Brian.Richardson@KutakRock.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Evan R. Fleck, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:     (212) 530-5000<br>Facsimile:      (212) 530-5219<br>Email:   ddunne@milbank.com<br>            efleck@milbank.com<br>            mprice@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |