## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| GYMBOREE GROUP, INC., *et al.*, [1] | ) |
| | ) Case No. 19-30258 (KLP) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 27, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Auction to Friday, March 1, 2019 at 9:00 a.m. (prevailing Eastern Time) and Extension of Adequate Assurance Objection Deadline to Monday, March 4, 2019 at 11:00 a.m. (prevailing Eastern Time) [Docket No. 440] the ("***Auction Adjournment Notice***")

On February 28, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Auction Adjournment Notice to be served via Overnight Mail on the Core/2002 Overnight Service List attached hereto as **Exhibit B**; via Overnight Mail on the Auction Parties Service List attached hereto as **Exhibit C**.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gymboree Group, Inc. (6587); Gymboree Intermediate Corporation (1473); Gymboree Holding Corporation (0315); Gymboree Wholesale, Inc. (6588); Gym-Mark, Inc. (6459); Gymboree Operations, Inc. (6463); Gymboree Distribution, Inc. (8669); Gymboree Manufacturing, Inc. (6464); Gymboree Retail Stores, LLC (6461); Gym-Card, LLC (5720); and Gymboree Island, LLC (1215).  The Debtors' service address is 71 Stevenson Street, Suite 2200, San Francisco, California 94105.

Dated: March 4, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 4, 2019, by Nuno Cardoso, proved to me based on satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

SRF 31227

## **Exhibit A**

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Dixon Vaughn Holdings, LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: David F. Staber, J. Robertson Clarke | dstaber@akingump.com rclarke@akingump.com |
| Counsel to Hansoll Textile Ltd. | Baker & Hostetler, LLP | Attn: Michael A. VanNiel and Adam L. Fletcher | mvanniel@bakerlaw.com afletcher@bakerlaw.com |
| Counsel to Ashley Park Property Owner, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz and Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Counsel for Landlord Creditors The Macerich Company, Starwood Retail Partners LLC, ARC SWWMGPA001, LLC, CenterCal Properties LLC, Centennial Real Estate Company, Deutsche Asset & Wealth Management, GEM Realty, KRE Colonie Owner, LLC, MontebelloTown Center Investors, LLC, PGIM Real Estate, Retail Properties of America, Inc., Southgate Mall Associates LLP, The Forbes Company, Tybab Partners LLC, Valley Square Owner, LLC, WBCMT 2007-C33 Independence Center LLC, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Store-Level Depository Account | Bank of America | Attn: Lamont Connie | lamont.l.connie@baml.com |
| Non-Store Account | Bank of America Merrill Lynch | Attn: Lamont Connie | lamont.l.connie@baml.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Bloomfield Holdings, LLC, Crossgates Mall General Company NewCo, LLC, EklecCo NewCo, LLC, Horizon Louisville, LLC, Horizon Atlanta Outlet Shoppes, LLC, El Paso Outlet Center CMBS, LLC, BFO Factory Shoppes LLC, and Gettysburg Outlet Center CMBS, LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Store-Level Depository Account | BB&T Bank | Attn: Kimberly E. Klagholz | kklagholz@bbandt.com |
| Counsel to The Irvine Company, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Attorneys for Creditor United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Kenneth T. Law and Lawrence M. Schwab | Klaw@bbslaw.com |
| Counsel to Brookfield Property REIT, Inc. | Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate | bk@brookfieldpropertiesretail.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Cafaro-Peachcreek Joint Venture Partnership dba Millcreek Mall; Sandusky Mall Company dba Sandusky Mall; The Cafaro Northwest Partnership dba South Hill Mall; and Spotsylvania Mall Company dba Spotsylvania Towne Centre | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Store-Level Depository Account | Capital One Bank | | tina.cao@capitalone.com |
| Counsel for YTC Mall Owner, LLC, WBCMT 2007-C33 Independence Center LLC, Valley Square Owner, LLC, TYBAB Partners LLC, The Forbes Company, Retail Properties of America, Inc., PGIM Real Estate Montebello Town Center Investors, LLC, KRE Colonie Owner, LLC, GEM Realty, Inc., Centennial Real Estate Company, CenterCal Properties LLC, ARC SWWMGPA001, LLC, Starwood Retail Partners LLC, The Macerich Company, and Federal Realty Investment Trust (collectively, the "Landlords") and Taubman Cherry Creek Shopping Center L.L.C., Dolphin Mall Associates LLC, Fairfax Company of Virginia L.L.C., The Gardens on El Paseo LLC, Taubman Auburn Hills Associates Limited Partnership, Tampa Westshore Associates Limited Partnership, Plaza Internacional Puerto Rico LLC, Short Hills Associates, L.L.C., Rich-Taubman Associates, Sunvalley Shopping Center LLC, TVO Mall Owner LLC, TB Mall at UTC LLC, and West Farms Mall, LLC, BP Prucenter Acquisition LLC, Legacy Place LLC, Market Street Retail South LLC, OWRF Carmel LLC, W/S/M Hingham Properties LLC, Warwick Mall L.L.C. (collectively, the "Taubman Landlords"), Greater Lakeside LLC, Flow Commerce Inc., GMF, LLC Caruso Management Co., Ltd., CPT Peachtree Forum I, LLC, CPT Louisville I, LLC, G&I VII Retail Carriage LLC and G&I VII Reno Operating LLC | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Esquire, Michael D. Mueller, Esquire, Jennifer M. McLemore, Esquire, Bennett T. Eastham, Esquire | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com beastham@cblaw.com |
| Counsel to Kahala Center Company | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Michael D. Mueller, Jennifer M. McLemore and Bennett T. W. Eastham, Esquire | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com beastham@cblaw.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for RPT Realty, LP; Vestar Green Valley, LLC; and Vestar Orchard Towne Center, LLC | Clark Hill PLC | Attn: David M. Blau, Esq. | dblau@clarkhill.com |
| Store-Level Depository Account | Fifth Third Bank | | Heather.Gonzales@53.com |
| Store-Level Depository Account | First Tennessee Bank | Attn: Amber Lias | businessservicecenter@ftb.com |
| Counsel For Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Counsel for Legacy Place LLC, Market Street Retail South LLC, W/S/M Hingham Properties LLC, BP Prucenter Acquisition LLC, OWRF Carmel LLC, and Warwick Mall L.L.C. | Goulston & Storrs PC | Attn: Vanessa P. Moody, Esq. & Douglas B. Rosner, Esq. | vmoody@goulstonstorrs.com<br>drosner@goulstonstorrs.com |
| Debtors | Gymboree Group, Inc. | Attn: President or General Counsel | Kimberly_macmillan@gymboree.com |
| Counsel for Kahala Center Company | Hanson Bridgett LLP | Attn: Nancy J. Newman | nnewman@hansonbridgett.com |
| Co-Counsel to Bank of America, N.A. | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown, Justin F. Paget | tpbrown@HuntonAK.com<br>jpaget@HuntonAK.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Steven A. Neeley | steve.neeley@huschblackwell.com |
| Store-Level Depository Account | IBOC | Attn: Jonathan Paillette | JonathanPaillette@ibc.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Attn: Linda Lorello | linda.lorello@irs.gov |
| Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel for Hwa-An International Limited and its affiliate Zeavion Holding Pte. Ltd. | Jones Day | Attn: Anna E. Raimer | aeraimer@jonesday.com |
| Counsel for Hwa-An International Limited and its affiliate Zeavion Holding Pte. Ltd. | Jones Day | Attn: Daniel T. Moss, J. Ryan Sims | dtmoss@jonesday.com rsims@jonesday.com psharer@jonesday.com |
| Store-Level Depository Account | JPMorgan | | cindy.s.chin@jpmorgan.com |
| Counsel for RPT Realty, LP; Vestar Green Valley, LLC; and Vestar Orchard Towne Center, LLC | Kaufman & Canoles | Attn: Dennis T. Lewandowski, Esq. | dtlewand@kaufcan.com |
| Attorneys for the Brookfield Property REIT Inc., Gregory Greenfield & Associates Ltd, QIC Properties US, Inc., Regency Centers L.P., Shopcore Properties, LP, SITE Centers Corp. and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Joseph D. Wilson, Esq. | jwilson@kelleydrye.com |
| Attorneys for the Brookfield Property REIT Inc., Gregory Greenfield & Associates Ltd, QIC Properties US, Inc., Regency Centers L.P., Shopcore Properties, LP, SITE Centers Corp. and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq. | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com |
| Store-Level Depository Account | Key Bank | | Cindy.Swank@KeyBank.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Comfort Systems USA/Accu-Temp, LLC | Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer | bkilmer@kcq-lawfirm.com |
| Counsel to Goldman Sachs Specialty Lending Group, L.P. as administrative and collateral agent under the Term Loan Credit Agreement; | King & Spalding LLP | Attn: W. Austin Jowers, Christopher G.Boies, Michael R. Handler | ajowers@kslaw.com cboies@kslaw.com mhandler@kslaw.com |
| Attorney for PREIT Services, LLC, as agent for Cherry Hill Center, LLC, PR Springfield/Delco Limited Partnership, PR Plymouth Meeting Limited Partnership, PR Exton Square Property, LP, PR Springfield Town Center, LLC, PR Valley View Limited Partnership, PR Patrick Henry, LLC, PR Captial City Limited Partnership, PR Wyoming Valley Limited Partnership, PR Magolia, LLC and Moorestown Mall, LLC | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire | kurtzman@kurtzmansteady.com |
| Counsel to Debtors | Kutak Rock, LLP | Attn: Michael A. Condyles, Peter J. Barrett, Jeremy S. Williams & Brian H. Richardson | Michael.Condyles@KutakRock.com Peter.Barrett@KutakRock.com Jeremy.Williams@KutakRock.com |
| Counsel to PT Sansan Saudaratex Jaya | Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus, Esq. | gillazarus@gmail.com |
| Counsel to Westfield, LLC | LeClairRyan, PLLC | Attn: Christopher L. Perkins, Esq. | christopher.perkins@leclairryan.com |
| Counsel to Westfield, LLC | LeClairRyan, PLLC | Attn: Niclas A. Ferland, Esq. and Ilan Markus, Esq. | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Pan Pacific Co., Ltd. | LimNexus LLP | Attn: Sung Jin Hwang, Esq. and James Till, Esq. | Sungjin.Hwang@limnexus.com James.Till@limnexus.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Cypress-Fairbanks ISD, Harris County, Jefferson County, Montgomery County, Galveston County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Store-Level Depository Account | M&T bank | | Tlking@mtb.com |
| Counsel for Claimants, Tax Appraisal District of Bell County, Bowie Central Appraisal District, The County of Brazos, Texas, The County of Denton, Texas, Denton County Road Utility District #1, The County of Hays, Texas, Midland Central Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | tleday@mvbalaw.com |
| Proposed co-counsel to the Debtors' proposed postpetition secured lenders (Goldman Sachs), Co-Counsel to Goldman Sachs Specialty Lending Group, Inc. in its Capacity as Prepetition Term Loan Agent and Special Situations Investing Group, Inc. in its Capacity as Term DIP Agent and Term Lender | McGuireWoods LLP | Attn: Dion W. Hayes, Douglas M. Foley, and Sarah B. Boehm | dhayes@mcguirewoods.com dfoley@mcguirewoods.com sboehm@mcguirewoods.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: M. Evan Meyers | EMeyers@mrrlaw.net |
| Counsel to Comfort Systems USA/Accu-Temp, LLC | Micheal Best & Friedrich LLP | Attn: Jonathan L. Gold | jlgold@michaelbest.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Milbank LP | Attn: Dennis F. Dunne, Evan R. Fleck & Michael W. Price | MWeinstein@milbank.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | Attn: John Whiteman | edvaecf@dor.mo.gov |
| Co-Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Robert A.J. Barry, Amelia Clark Joiner | julia.frost-davies@morganlewis.com robert.barry@morganlewis.com amelia.joiner@morganlewis.com |
| Attorney General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Bellevue Square LLC | Nold Muchinsky PLLC | Attn: Brian Muchinsky, Esq. | bmuchinsky@noldmuchlaw.com dnold@noldmuchlaw.com nuddin@noldmuchlaw.com natalie@noldmuchlaw.com |
| Office of the United States Attorney for the Eastern District of Virginia | Office of the United States Attorney for the Eastern District of Virginia | Attn: Judy A. Robbins | usavae.usattys@usdoj.gov robert.b.van.arsdale@usdoj.gov shannon.pecoraro@usdoj.gov |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Hugh M. Bernstein | Hugh.M.Bernstein@usdoj.gov |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Robert B. Van Arsdale | Robert.B.Van.Arsdale@usdoj.gov |
| Counsel to Daniel Griesemer | One LLP | Attn: Lawrence J. Hilton | lhilton@onellp.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq. | jpomerantz@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq. and Bradford J. Sandler, Esq. | rfeinstein@pszjlaw.com bsandler@pszjlaw.com |
| Counsel to Teachers Insurance and Annuity Association of America, for the benefit of its Separate Real Estate Account | Pepper Hamilton LLP | Attn: Frank H. Griffin, IV | griffinf@pepperlaw.com |
| Counsel to City Of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: c/o John T. Banks | jbanks@pbfcm.com |
| Counsel to City of Garland, Garland ISD, City of Highland Village, Crowley ISD, Arlington ISD, City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraial District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Attorneys for Claimant | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel for the Landlords | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Store-Level Depository Account | PNC Bank | Attn: Coral Carpenter | coral.carpenter@pnc.com |
| Store-Level Depository Account | Regions Bank | | gracious.washington@regions.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Greater Lakeside LLC | Robinson, Brog, Leinwand, Greene, Genovese & Gluck P.C. | Attn: Fred B. Ringel | fbr@robinsonbrog.com |
| Counsel for General Lion Footwear (International) Ltd., Springfield Garment Co., LTD, Lim Line Apparel Co., LTD | Sands Anderson PC | Attn: Eric C. Howlett, Esquire, William A. Gray, Esquire | ehowlett@sandsanderson.com bgray@sandsanderson.com aburgess@sandsanderson.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn: General Counsel | secbankruptcy@sec.gov |
| Securities and Exchange Commission Philadelphia Division | Securities and Exchange Commission | Attn: Sharon Binger Regional Director | philadelphia@sec.gov |
| Counsel for Aerin LLC | Shapiro Sher Guinot & Sandler | Attn: Scott W. Foley, Joel I. Sher | swf@shapirosher.com jis@shapirosher.com |
| Counsel to Simon Property | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Sparks Legends Development, Inc., RED Lee's Summit East, LLC, 168th & Dodge, LP and IMI Jefferson Pointe LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq. | mshriro@singerlevick.com |
| Counsel to Providence Town Center Limited Partnership d/b/a PTC-Providence Town Center Limited Partnership | Sirlin Lesser & Benson, P.C. | Attn Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Store-Level Depository Account | Suntrust Bank | Attn: Tina Nelle | tina.nelle@suntrust.com |
| Store-Level Depository Account/Non-Store Account | TD Bank | Attn: Nanci J McNair | Nancy.McNair@td.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Cousnel to IMI Colorado Springs LLC, OKC Outlets I, LLC and Devils Lake Road, LLC | Thompson Hine LLP | Attn: Louis F. Solimine, Esq. | Louis.Solimine@ThompsonHine.com |
| Counsel to Travis County | Travis County | Attn: David Escamilla | kay.brock@traviscountytx.gov |
| Trial Attorney Office of the United States Trustee | Trial Attorney Office of the United States Trustee | Attn: Elisabetta G. Gasparini | Elisabetta.G.Gasparini@usdoj.gov |
| Store-Level Depository Account | US Bank | Attn: Leslie Rogness | LESLIE.ROGNESS@usbank.com |
| Counsel to Pan Pacific Co., Ltd. | Vandeventer Black LLP | Attn: James K. Donaldson, Esq. | jdonaldson@vanblacklaw.com |
| Counsel to Weingarten Realty Investors (Landlord) | Weingarten Realty Investors | Attn: Jenny J. Hyun, Esq. | bankruptcycases@weingarten.com |
| Counsel to the Official Committee of Unsecured Creditors | Whiteford, Taylor & Preston, LLP | Attn: Christopher A. Jones, Michael E. Hastings and Jennifer E. Wuebker | cajones@wtplaw.com<br>mhastings@wtplaw.com<br>jwuebker@wtplaw.com |

### Exhibit B

# Exhibit B

Core/2002 Overnight Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Store-Level Depository Account | American Savings | American Savings Bank<br>P.O. Box 2300<br>Honolulu HI 96804-2300 |
| Store-Level Depository Account | Banco Popular | Attn: Carlos Soto Corres<br>P.O. Box 362708<br>San Juan PR 00936-2708 |
| Store-Level Depository Account | Comerica Bank | Attn: Legal Department<br>P.O. Box 75000<br>Detroit MI 48275-2325 |
| Counsel to Eastview Mall, LLC | Eastview Mall, LLC | Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester NY 14624 |
| Store-Level Depository Account | Five Star Bank | Attn: Legal Department<br>220 Liberty St<br>Warsaw NY 14569 |
| Store-Level Depository Account | Huntington National Bank | Attn: Jennifer Byrd, CTP & SVP<br>The Huntington National Bank<br>41 S. High Street - EASBSC<br>Columbus OH 43287 |
| The County of Imperial, California | Imperial County Treasurer-Tax Collector | Attn: Karen Vogel<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |

In re:  Gymboree Group, Inc., *et al.*
Case No. 19-30258 (KLP)

Exhibit B

Core/2002 Overnight Service List

Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Office of the Attorney General of Virginia | Office of the Attorney General of Virginia | Attn: Kenneth T. Cuccinelli II<br>900 E. Main St.<br>Richmond VA 23219 |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the Chief Counsel<br>1200 K Street, NW<br>Washington DC 20005-4026 |
| Agent for CPBP-VII Associates, L.P. | S&D Law | Attn: Steven W. Kelly, Esq<br>1290 Broadway, Suite 1650<br>Denver CO 80203 |
| US Secretary of Treasury | Secretary of Treasury | Attn: Legal Department<br>1500 Pennsylvania Ave, NW<br>Washington DC 20220 |
| Virginia Department of Taxation | Virginia Department of Taxation | Attn: Office of Customer Services<br>P.O. Box 1115<br>Richmond VA 23218-1115 |
| Non-Store Account | Westpac Parramatta Branch | Attn: Legal Department<br>Cnr Church St & George St<br>Parramatta NSW 2150 Australia |

**<u>Exhibit C</u>**

## Exhibit C

Auction Parties Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Non-Store Account | Bank of America Merrill Lynch | Attn: Lamont Connie<br>555 California Street<br>10th Floor<br>San Francisco CA 94104 |
| Co-Counsel to Bank of America, N.A. | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown, Justin F. Paget<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA 23219 |
| Counsel to Goldman Sachs Specialty Lending Group, L.P. as administrative and collateral agent under the Term Loan Credit Agreement; | King & Spalding LLP | Attn: W. Austin Jowers, Christopher G.Boies, Michael R. Handler<br>1185 Avenue of the Americas<br>35th Floor<br>New York NY 10036-4003 |
| Proposed co-counsel to the Debtors' proposed postpetition secured lenders (Goldman Sachs), Co-Counsel to Goldman Sachs Specialty Lending Group, Inc. in its Capacity as Prepetition Term Loan Agent and Special Situations Investing Group, Inc. in its Capacity as Term DIP Agent and Term Lender | McGuireWoods LLP | Attn: Dion W. Hayes, Douglas M. Foley, and Sarah B. Boehm<br>800 East Canal Street<br>Richmond VA 23219-3916 |
| Co-Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Robert A.J. Barry, Amelia Clark Joiner<br>One Federal Street<br>Boston MA 02110 |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Hugh M. Bernstein<br>101 West Lombard Street<br>Suite 2625<br>Baltimore MD 21201 |

## Exhibit C

Auction Parties Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Robert B. Van Arsdale<br>701 E. Broad St.<br>Ste 4304<br>Richmond VA 23219 |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq.<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles CA 90067-4100 |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq. and<br>Bradford J. Sandler, Esq.<br>780 Third Avenue<br>34th Floor<br>New York NY 10017-2024 |
| Counsel to the Official Committee of Unsecured Creditors | Whiteford, Taylor & Preston, LLP | Attn: Christopher A. Jones, Michael E.<br>Hastings and Jennifer E. Wuebker<br>901 E. Cary Street<br>Suite 500<br>Richmond VA 23219-4063 |