**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GYMBOREE GROUP, INC., *et al*.,[1] | ) Case No. 19-30258 (KLP) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order (I) Approving the Sale of Certain J&J Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief [Docket No. 484]

- Order (I) Approving the Sale of Certain Gymboree and Crazy 8 Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief [Docket No. 487]

- Order Authorizing the Debtors to Employ and Retain KPMG LLP as Tax Consultants effective *nunc pro tunc* to the Petition Date [Docket No. 513]

- Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *nunc pro tunc* to the Petition Date [Docket No. 514]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gymboree Group, Inc. (6587); Gymboree Intermediate Corporation (1473); Gymboree Holding Corporation (0315); Gymboree Wholesale, Inc. (6588); Gym-Mark, Inc. (6459); Gymboree Operations, Inc. (6463); Gymboree Distribution, Inc. (8669); Gymboree Manufacturing, Inc. (6464); Gymboree Retail Stores, LLC (6461); Gym-Card, LLC (5720); and Gymboree Island, LLC (1215). The Debtors' service address is 71 Stevenson Street, Suite 2200, San Francisco, California 94105.

- Order (I) Authorizing Employment and Retention of Hilco Real Estate, LLC as a Real Estate Consultant, effective *nunc pro tunc* to the Petition Date, (II) Modifying Certain Time Keeping Requirements, and (III) Granting Related [Docket No. 515]

- Order Authorizing the Employment and Retention of Miller Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. as Investment Banker to the Debtors and Debtors in Possession, effective *nunc pro tunc* to the Petition Date [Docket No. 516]

- Order (I) Continuing the Waiver of (A) the Requirements of Section 345(b) of the Bankruptcy Code, and (B) Certain Requirements of the U.S. Trustee Guidelines, and (II) Granting Related Relief [Docket No. 519]

- Order Authorizing the Rejection of Unexpired Leases and Abandonment of Personal Property on Notice Filed February 20, 2019 [Docket No. 520]

Dated: March 15, 2019

_____
Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 15, 2019, by Paul Pullo, proved to me based on satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

SRF 31497

**<u>Exhibit A</u>**

Case 19-30258-KLP    Doc 544    Filed 03/15/19    Entered 03/15/19 15:00:11    Desc Main
Document      Page 3 of 13

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Dixon Vaughn Holdings, LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: David F. Staber<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | dstaber@akingump.com | Email |
| Store-Level Depository Account | American Savings | American Savings Bank<br>P.O. Box 2300<br>Honolulu HI 96804-2300 | | First Class Mail |
| Counsel to Hansoll Textile Ltd. | Baker & Hostetler, LLP | Attn: Michael A. VanNiel and Adam L. Fletcher<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland OH 44114-1214 | mvanniel@bakerlaw.com<br>afletcher@bakerlaw.com | Email |
| Counsel to Ashley Park Property Owner, LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz and Michael S. Myers<br>1 East Washington Street<br>Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersms@ballardspahr.com | Email |
| Counsel for Landlord Creditors The Macerich Company, Starwood Retail Partners LLC, ARC SWWMGPA001, LLC, CenterCal Properties LLC, Centennial Real Estate Company, Deutsche Asset & Wealth Management, GEM Realty, KRE Colonie Owner, LLC, MontebelloTown Center Investors, LLC, PGIM Real Estate, Retail Properties of America, Inc., Southgate Mall Associates LLP, The Forbes Company, Tybab Partners LLC, Valley Square Owner, LLC, WBCMT 2007-C33 Independence Center LLC, and YTC Mall Owner, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |
| Store-Level Depository Account | Banco Popular | Attn: Carlos Soto Corres<br>P.O. Box 362708<br>San Juan PR 00936-2708 | | First Class Mail |
| Store-Level Depository Account | Bank of America | Attn: Lamont Connie<br>555 California Street<br>10th Floor<br>San Francisco CA 94104 | lamont.l.connie@baml.com | Email |
| Non-Store Account | Bank of America Merrill Lynch | Attn: Lamont Connie<br>555 California Street<br>10th Floor<br>San Francisco CA 94104 | lamont.l.connie@baml.com | Email |
| Counsel for Bloomfield Holdings, LLC, Crossgates Mall General Company NewCo, LLC, EklecCo NewCo, LLC, Horizon Louisville, LLC, Horizon Atlanta Outlet Shoppes, LLC, El Paso Outlet Center CMBS, LLC, BFO Factory Shoppes LLC, and Gettysburg Outlet Center CMBS, LLC | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Store-Level Depository Account | BB&T Bank | Attn: Kimberly E. Klagholz<br>200 West Second Street<br>9th Floor<br>Winston Salem NC 27101 | kklagholz@bbandt.com | Email |
| Counsel to The Irvine Company, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn St.,<br>Suite 510<br>Whittier CA 90602 | ernie.park@bewleylaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Attorneys for Creditor United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Kenneth T. Law and Lawrence M. Schwab<br>633 Menlo Ave, Suite 100<br>Menlo Park CA 94025 | Klaw@bbslaw.com | Email |
| Counsel to Brookfield Property REIT, Inc. | Brookfield Property REIT, Inc., as Agent | Attn: Kristen N. Pate<br>350 N. Orleans Street<br>Suite 300<br>Chicago IL 60654-1607 | bk@brookfieldpropertiesretail.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to The Marion Plaza, Inc. dba Eastwood Mall; Governor's Square Company dba Governor's Square Mall; Huntington Mall Company dba Huntington Mall; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; Cafaro-Peachcreek Joint Venture Partnership dba Millcreek Mall; Sandusky Mall Company dba Sandusky Mall; The Cafaro Northwest Partnership dba South Hill Mall; and Spotsylvania Mall Company dba Spotsylvania Towne Centre | Cafaro Management Company | Attn: Richard T. Davis<br>5577 Youngstown-Warren Rd.<br>Niles OH 44446 | rdavis@cafarocompany.com | Email |
| Store-Level Depository Account | Capital One Bank | Main Office-New Orleans<br>313 Carondelet Street<br>New Orleans LA 70130 | tina.cao@capitalone.com | Email |
| Counsel for YTC Mall Owner, LLC, WBCMT 2007-C33 Independence Center LLC, Valley Square Owner, LLC, TYBAB Partners LLC, The Forbes Company, Retail Properties of America, Inc., PGIM Real Estate Montebello Town Center Investors, LLC, KRE Colonie Owner, LLC, GEM Realty, Inc., Centennial Real Estate Company, CenterCal Properties LLC, ARC SWWMGPA001, LLC, Starwood Retail Partners LLC, The Macerich Company, and Federal Realty Investment Trust (collectively, the "Landlords") and Taubman Cherry Creek Shopping Center L.L.C., Dolphin Mall Associates LLC, Fairfax Company of Virginia L.L.C., The Gardens on El Paseo LLC, Taubman Auburn Hills Associates Limited Partnership, Tampa Westshore Associates Limited Partnership, Plaza Internacional Puerto Rico LLC, Short Hills Associates, L.L.C., Rich-Taubman Associates, Sunvalley Shopping Center LLC, TVO Mall Owner LLC, TB Mall at UTC LLC, and West Farms Mall, LLC, BP Prucenter Acquisition LLC, Legacy Place LLC, Market Street Retail South LLC, OWRF Carmel LLC, W/S/M Hingham Properties LLC, Warwick Mall L.L.C. (collectively, the "Taubman Landlords"), Greater Lakeside LLC, Flow Commerce Inc., GMF, LLC Caruso Management Co., Ltd., CPT Peachtree Forum I, LLC, CPT Louisville I, LLC, G&I VII Retail Carriage LLC and G&I VII Reno Operating LLC | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Esquire, Michael D. Mueller, Esquire, Jennifer M. McLemore, Esquire, Bennett T. Eastham, Esquire<br>909 East Main Street<br>Suite 1200<br>Richmond  VA 23219-3095 | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>beastham@cblaw.com | Email |
| Counsel to Kahala Center Company | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Michael D. Mueller, Jennifer M. McLemore and Bennett T. W. Eastham, Esquire<br>909 East Main Street<br>Suite 1200<br>Richmond VA 23219-3095 | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>beastham@cblaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for RPT Realty, LP; Vestar Green Valley, LLC, Vestar Orchard Towne Center, LLC and BRVC Owner, LLC | Clark Hill PLC | Attn: David M. Blau, Esq.<br>151 S. Old Woodward Ave.<br>Ste. 200<br>Birmingham MI 48009 | dblau@clarkhill.com | Email |
| Store-Level Depository Account | Comerica Bank | Attn: Legal Department<br>P.O. Box 75000<br>Detroit MI 48275-2325 | | First Class Mail |
| Counsel to Eastview Mall, LLC | Eastview Mall, LLC | Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester NY 14624 | | First Class Mail |
| Store-Level Depository Account | Fifth Third Bank | P.O. Box 630900<br>Cincinnati OH 45263-0900 | Heather.Gonzales@53.com | Email |
| Store-Level Depository Account | First Tennessee Bank | Attn: Amber Lias<br>P.O. Box 1000<br>Memphis TN 38148-0108 | businessservicecenter@ftb.com | Email |
| Store-Level Depository Account | Five Star Bank | Attn: Legal Department<br>220 Liberty St<br>Warsaw NY 14569 | | First Class Mail |
| Counsel For Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold, A.J. Webb<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Counsel for Legacy Place LLC, Market Street Retail South LLC, W/S/M Hingham Properties LLC, BP Prucenter Acquisition LLC, OWRF Carmel LLC, and Warwick Mall L.L.C. | Goulston & Storrs PC | Attn: Vanessa P. Moody, Esq. & Douglas B. Rosner, Esq.<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | vmoody@goulstonstorrs.com<br>drosner@goulstonstorrs.com | Email |
| Debtors | Gymboree Group, Inc. | Attn: President or General Counsel<br>71 Stevenson Street<br>Suite 2200<br>San Francisco CA 94105 | Kimberly_macmillan@gymboree.com | Email |
| Counsel for Kahala Center Company | Hanson Bridgett LLP | Attn: Nancy J. Newman<br>425 Market Street<br>26th Floor<br>San Francisco CA 94105 | nnewman@hansonbridgett.com | Email |
| Counsel to Plaza Las Americas, Inc. | Holland & Knight LLP | Attn: Joaquin J. Alemany, Esq. & Jose A. Casal, Esq.<br>701 Brickell Avenue<br>Suite 3300<br>Miami FL 33131 | joaquin.alemany@hklaw.com<br>jose.casal@hklaw.com | Email |
| Store-Level Depository Account | Huntington National Bank | Attn: Jennifer Byrd, CTP & SVP<br>The Huntington National Bank<br>41 S. High Street - EASBSC<br>Columbus OH 43287 | | First Class Mail |
| Co-Counsel to Bank of America, N.A. | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown, Justin F. Paget<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA 23219 | tpbrown@HuntonAK.com<br>jpaget@HuntonAK.com | Email |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga TN 37402 | caleb.holzaepfel@huschblackwell.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Steven A. Neeley<br>750 17th Street, NW, Suite 900<br>Washington DC 20006 | steve.neeley@huschblackwell.com | Email |
| Store-Level Depository Account | IBOC | Attn: Jonathan Paillette<br>5615 Kirby Dr.<br>Houston TX 77005 | JonathanPaillette@ibc.com | Email |
| The County of Imperial, California | Imperial County Treasurer-Tax Collector | Attn: Karen Vogel<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Linda Lorello<br>400 N. 8th Street<br>P.O. Box 76<br>Richmond VA 23219 | linda.lorello@irs.gov | Email |
| Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Counsel for Hwa-An International Limited and its affiliate Zeavion Holding Pte. Ltd. | Jones Day | Attn: Anna E. Raimer<br>717 Texas, Suite 3300<br>Houston TN 77002 | aeraimer@jonesday.com | Email |
| Counsel for Hwa-An International Limited and its affiliate Zeavion Holding Pte. Ltd. | Jones Day | Attn: Daniel T. Moss, J. Ryan Sims<br>Paul L. Sharer<br>51 Louisiana Avenue, N.W.<br>Washington DC 20001 | dtmoss@jonesday.com<br>rsims@jonesday.com<br>psharer@jonesday.com | Email |
| Store-Level Depository Account | JPMorgan | 300 South Grand Avenue<br>Floor 03-STE 320<br>Los Angeles CA 90071 | cindy.s.chin@jpmorgan.com | Email |
| Counsel for RPT Realty, LP; Vestar Green Valley, LLC, Vestar Orchard Towne Center, LLC and BRVC Owner, LLC | Kaufman & Canoles | Attn: Dennis T. Lewandowski, Esq.<br>150 W. Main Street<br>Suite 2100<br>Norfolk VA 23510 | dtlewand@kaufcan.com | Email |
| Attorneys for the Brookfield Property REIT Inc., Gregory Greenfield & Associates Ltd, QIC Properties US, Inc., Regency Centers L.P., Shopcore Properties, LP, SITE Centers Corp. and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Joseph D. Wilson, Esq.<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington DC 20007 | jwilson@kelleydrye.com | Email |
| Attorneys for the Brookfield Property REIT Inc., Gregory Greenfield & Associates Ltd, QIC Properties US, Inc., Regency Centers L.P., Shopcore Properties, LP, SITE Centers Corp. and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com | Email |
| Store-Level Depository Account | Key Bank | 127 Public Square<br>Mailcode: OH-01-27-0547<br>Cleveland OH 44114 | Cindy.Swank@KeyBank.com | Email |
| Counsel to Comfort Systems USA/Accu-Temp, LLC | Kilmer Crosby & Quadros PLLC | Attn: Brian A. Kilmer<br>712 Main St.<br>Ste. 1100<br>Houston TX 77002 | bkilmer@kcq-lawfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Goldman Sachs Specialty Lending Group, L.P. as administrative and collateral agent under the Term Loan Credit Agreement; | King & Spalding LLP | Attn: W. Austin Jowers, Christopher G.Boies, Michael R. Handler<br>1185 Avenue of the Americas<br>35th Floor<br>New York NY 10036-4003 | ajowers@kslaw.com<br>cboies@kslaw.com<br>mhandler@kslaw.com | Email |
| Attorney for PREIT Services, LLC, as agent for Cherry Hill Center, LLC, PR Springfield/Delco Limited Partnership, PR Plymouth Meeting Limited Partnership, PR Exton Square Property, LP, PR Springfield Town Center, LLC, PR Valley View Limited Partnership, PR Patrick Henry, LLC, PR Captial City Limited Partnership, PR Wyoming Valley Limited Partnership, PR Magolia, LLC and Moorestown Mall, LLC | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman, Esquire<br>401 S. 2nd Street<br>Suite 200<br>Philadelphia PA 19147 | kurtzman@kurtzmansteady.com | Email |
| Counsel to Debtors | Kutak Rock, LLP | Attn: Michael A. Condyles, Peter J. Barrett, Jeremy S. Williams & Brian H. Richardson<br>901 East Byrd Street<br>Suite 1000<br>Richmond VA 23219-4071 | Michael.Condyles@KutakRock.com<br>Peter.Barrett@KutakRock.com<br>Jeremy.Williams@KutakRock.com | Email |
| Counsel to PT Sansan Saudaratex Jaya | Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus, Esq.<br>92-12 68th Avenue<br>Forest Hills NY 11375 | gillazarus@gmail.com | Email |
| Counsel to Westfield, LLC | LeClairRyan, PLLC | Attn: Christopher L. Perkins, Esq.<br>919 East Main Street<br>24th Floor<br>Richmond VA 23219 | christopher.perkins@leclairryan.com | Email |
| Counsel to Westfield, LLC | LeClairRyan, PLLC | Attn: Niclas A. Ferland, Esq. and Ilan Markus, Esq.<br>545 Long Wharf Drive<br>9th Floor<br>New Haven CT 06511 | niclas.ferland@leclairryan.com<br>ilan.markus@leclairryan.com | Email |
| Counsel to Pan Pacific Co., Ltd. | LimNexus LLP | Attn: Sung Jin Hwang, Esq. and James Till, Esq.<br>707 Wilshire Boulevard<br>Suite 4600<br>Los Angeles CA 90017 | Sungjin.Hwang@limnexus.com<br>James.Till@limnexus.com | Email |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel for Cypress-Fairbanks ISD, Harris County, Jefferson County, Montgomery County, Galveston County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Store-Level Depository Account | M&T bank | 25 S. Charles Street<br>MD2-CS85<br>Baltimore MD 21201 | Tlking@mtb.com | Email |
| Counsel for Claimants, Tax Appraisal District of Bell County, Bowie Central Appraisal District, The County of Brazos, Texas, The County of Denton, Texas, Denton County Road Utility District #1, The County of Hays, Texas, Midland Central Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed co-counsel to the Debtors' proposed postpetition secured lenders (Goldman Sachs), Co-Counsel to Goldman Sachs Specialty Lending Group, Inc. in its Capacity as Prepetition Term Loan Agent and Special Situations Investing Group, Inc. in its Capacity as Term DIP Agent and Term Lender | McGuireWoods LLP | Attn: Dion W. Hayes, Douglas M. Foley, and Sarah B. Boehm<br>800 East Canal Street<br>Richmond VA 23219-3916 | dhayes@mcguirewoods.com<br>dfoley@mcguirewoods.com<br>sboehm@mcguirewoods.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: M. Evan Meyers<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale MD 20737-1385 | EMeyers@mrrlaw.net | Email |
| Counsel to Comfort Systems USA/Accu-Temp, LLC | Micheal Best & Friedrich LLP | Attn: Jonathan L. Gold<br>601 Pennsylvania Avenue NW<br>Suite 700 South<br>Washington DC 20004 | jlgold@michaelbest.com | Email |
| Counsel to Debtors | Milbank LP | Attn: Dennis F. Dunne, Evan R. Fleck & Michael W. Price<br>55 Hudson Yards<br>New York NY 10001 | MWeinstein@milbank.com | Email |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | Attn: John Whiteman<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | edvaecf@dor.mo.gov | Email |
| Co-Counsel to Bank of America, N.A. | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Robert A.J. Barry, Amelia Clark Joiner<br>One Federal Street<br>Boston MA 02110 | julia.frost-davies@morganlewis.com<br>robert.barry@morganlewis.com<br>amelia.joiner@morganlewis.com | Email |
| Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW, 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to Bellevue Square LLC | Nold Muchinsky PLLC | Attn: Brian Muchinsky, Esq.<br>10500 NE 8th Street<br>Suite 930<br>Bellevue WA 98004 | bmuchinsky@noldmuchlaw.com<br>dnold@noldmuchlaw.com<br>nuddin@noldmuchlaw.com<br>natalie@noldmuchlaw.com | Email |
| Office of the Attorney General of Virginia | Office of the Attorney General of Virginia | Attn: Kenneth T. Cuccinelli II<br>900 E. Main St.<br>Richmond VA 23219 | | First Class Mail |
| Office of the United States Attorney for the Eastern District of Virginia | Office of the United States Attorney for the Eastern District of Virginia | Attn: Judy A. Robbins<br>701 East Board Street<br>Suite 4304<br>Richmond VA 23219 | usavae.usattys@usdoj.gov<br>robert.b.van.arsdale@usdoj.gov<br>shannon.pecoraro@usdoj.gov | Email |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Hugh M. Bernstein<br>101 West Lombard Street<br>Suite 2625<br>Baltimore MD 21201 | Hugh.M.Bernstein@usdoj.gov | Email |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Robert B. Van Arsdale<br>701 E. Broad St.<br>Ste 4304<br>Richmond VA 23219 | Robert.B.Van.Arsdale@usdoj.gov | Email |

In re: Gymboree Group, Inc., et al.
Case No. 19-30258 (KLP)

Page 6 of 10

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones, Pro Se<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | Email |
| Counsel to Daniel Griesemer | One LLP | Attn: Lawrence J. Hilton<br>4000 MacArthur Blvd<br>East Tower, Suite 500<br>Newport Beach CA 92660 | lhilton@onellp.com | Email |
| Counsel to The Gap, Inc. | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander, Esq.<br>51 West 52nd Street<br>New York NY 10019-6142 | echollander@orrick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N. Pomerantz, Esq.<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles CA 90067-4100 | jpomerantz@pszjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Esq. and Bradford J. Sandler, Esq.<br>780 Third Avenue<br>34th Floor<br>New York NY 10017-2024 | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com | Email |
| Counsel to Bohannon Development Company | Pahl & McCay | Attn: Catherine Schomann Robertson, Esq.<br>225 West Santa Clara Street, Suite 1500<br>San Jose CA 95113 | crobertson@pahl-mccay.com | Email |
| Counsel to The Children's Place, Inc. | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Robert Britton<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | rbritton@paulweiss.com | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the Chief Counsel<br>1200 K Street, NW<br>Washington DC 20005-4026 | | First Class Mail |
| Counsel to Teachers Insurance and Annuity Association of America, for the benefit of its Separate Real Estate Account | Pepper Hamilton LLP | Attn: Frank H. Griffin, IV<br>3000 Two Logan Square<br>Philadelphia PA 19103-2799 | griffinf@pepperlaw.com | Email |
| Counsel to City Of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: c/o John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | Email |
| Counsel to City of Garland, Garland ISD, City of Highland Village, Crowley ISD, Arlington ISD, City of Grapevine, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street,<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfem.com | Email |
| Counsel to Lubbock Central Appraisal District, Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Attorneys for Claimant | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Landlords | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso<br>101 West Main Street<br>Suite 101<br>Norfolk VA 23510 | jon@piercemccoy.com | Email |
| Store-Level Depository Account | PNC Bank | Attn: Coral Carpenter<br>101 West Washington Street (I1-Y013-04-2)<br>Indianapolis IN 46255 | coral.carpenter@pnc.com | Email |
| Store-Level Depository Account | Regions Bank | 2050 Parkway Office Circle<br>Hoover Al 35244-1805 | gracious.washington@regions.com | Email |
| Counsel to Greater Lakeside LLC | Robinson, Brog, Leinwand, Greene, Genovese & Gluck P.C. | Attn: Fred B. Ringel<br>875 Third Avenue, 9th Floor<br>New York NY 10022-0123 | fbr@robinsonbrog.com | Email |
| Agent for CPBP-VII Associates, L.P. | S&D Law | Attn: Steven W. Kelly, Esq<br>1290 Broadway, Suite 1650<br>Denver CO 80203 | | First Class Mail |
| Counsel for General Lion Footwear (International) Ltd., Springfield Garment Co., LTD, Lim Line Apparel Co., LTD | Sands Anderson PC | Attn: Eric C. Howlett, Esquire, William A. Gray, Esquire<br>W. Ashley Burgess, Esquire<br>1111 East Main Street, Suite 2400<br>Richmond VA 23219 | ehowlett@sandsanderson.com<br>bgray@sandsanderson.com<br>aburgess@sandsanderson.com | Email |
| Counsel for The District, L.C. and Riverdale Center Owner, L.C. | Scalley Reading Bates Hansen & Rasmussen, O.C. | Attn: Darwin H. Bingham<br>15 West South Temple<br>Suite 600<br>Salt Lake City UT 84101 | dbingham@scalleyreading.net | Email |
| US Secretary of Treasury | Secretary of Treasury | Attn: Legal Department<br>1500 Pennsylvania Ave, NW<br>Washington DC 20220 | | First Class Mail |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn: General Counsel<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission Philadelphia Division | Securities and Exchange Commission | Attn: Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Blvd., Suite 520<br>Philadelphia PA 19103 | philadelphia@sec.gov | Email |
| Counsel for Aerin LLC | Shapiro Sher Guinot & Sandler | Attn: Scott W. Foley, Joel I. Sher<br>250 W. Pratt Street, Suite 2000<br>Baltimore MD 21201 | swf@shapirosher.com<br>jis@shapirosher.com | Email |
| Counsel to Simon Property | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Sparks Legends Development, Inc., RED Lee's Summit East, LLC, 168th & Dodge, LP and IMI Jefferson Pointe LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq.<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to Providence Town Center Limited Partnership d/b/a PTC-Providence Town Center Limited Partnership | Sirlin Lesser & Benson, P.C. | Attn Dana S. Plon, Esquire<br>123 South Broad Street<br>Suite 2101<br>Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Vijay Garments Limited and Bharat Silks | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Esquire<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| Store-Level Depository Account | Suntrust Bank | Attn: Tina Nelle<br>One Montgomery Tower<br>Suite 2800<br>San Francisco CA 94104 | tina.nelle@suntrust.com | Email |
| Store-Level Depository Account/Non-Store Account | TD Bank | Attn: Nanci J McNair<br>500 Shrewsbury Avenue<br>Tinton Falls NJ 07701 | Nancy.McNair@td.com | Email |
| Cousnel to IMI Colorado Springs LLC, OKC Outlets I, LLC and Devils Lake Road, LLC | Thompson Hine LLP | Attn: Louis F. Solimine, Esq.<br>312 Walnut Street<br>Suite 1400<br>Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| Counsel to The Children's Place, Inc. | Torys LLP | Attn: Alison Debra Bauer<br>1114 Avenue of the Americas<br>23rd floor<br>New York NY 10036 | abauer@torys.com | Email |
| Counsel to Travis County | Travis County | Attn: David Escamilla<br>Travis County Attorney<br>P.O. Box 1748<br>Austin TX 78767 | kay.brock@traviscountytx.gov | Email |
| Trial Attorney Office of the United States Trustee | Trial Attorney Office of the United States Trustee | Attn: Elisabetta G. Gasparini<br>1835 Assembly Street, Suite 953<br>Columbia SC 29201 | Elisabetta.G.Gasparini@usdoj.gov | Email |
| Store-Level Depository Account | US Bank | Attn: Leslie Rogness<br>Commercial Customer Service<br>555 SW Oak St Suite 400<br>Portland OR 97204 | LESLIE.ROGNESS@usbank.com | Email |
| Counsel to Pan Pacific Co., Ltd. | Vandeventer Black LLP | Attn: James K. Donaldson, Esq.<br>Riverfront Plaza – West Tower<br>901 East Byrd Street, Suite 1600<br>Richmond VA 23219 | jdonaldson@vanblacklaw.com | Email |
| Virginia Department of Taxation | Virginia Department of Taxation | Attn: Office of Customer Services<br>P.O. Box 1115<br>Richmond VA 23218-1115 | | First Class Mail |
| Counsel to Weingarten Realty Investors (Landlord) | Weingarten Realty Investors | Attn: Jenny J. Hyun, Esq.<br>2600 Citadel Plaza Drive, Suite 125<br>Houston TX 77008 | bankruptcycases@weingarten.com | Email |
| Non-Store Account | Westpac Parramatta Branch | Attn: Legal Department<br>Cnr Church St & George St<br>Parramatta NSW 2150 Australia | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Whiteford, Taylor & Preston, LLP | Attn: Christopher A. Jones, Michael E. Hastings and Jennifer E. Wuebker<br>901 E. Cary Street<br>Suite 500<br>Richmond VA 23219-4063 | cajones@wtplaw.com<br>mhastings@wtplaw.com<br>jwuebker@wtplaw.com | Email |

In re: Gymboree Group, Inc., et al.
Case No. 19-30258 (KLP)

Page 9 of 10

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The Children's Place, Inc. | Williams Mullen, P.C. | Attn: William H. Schwarzschild, III and W. Alexander Burnett<br>P.O. Box 1320<br>Richmond VA 23218-1320 | tschwarz@williamsmullen.com<br>aburnett@williamsmullen.com | Email |