Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219

Michael A. Condyles, Esq. (VA 27807)
Peter J. Barrett, Esq. (VA 46179)
Jeremy S. Williams, Esq. (VA 77469)
Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:     (804) 644-1700
Facsimile:     (804) 783-6192

*Co-Counsel to Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEMSTONE SOLUTIONS GROUP, INC., *et al.*,[1] | ) | Case No. 19-30258 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE THAT** on September 2, 2019, the above-captioned debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Sixth Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts* [Docket No. 1025] (the "Motion") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gemstone Solutions Group, Inc. f/k/a Gymboree Group, Inc. (6587); Gemstone Solutions Intermediate Corporation f/k/a Gymboree Intermediate Corporation (1473); Gemstone Solutions Holding Corporation f/k/a Gymboree Holding Corporation (0315); Gemstone Solutions Wholesale, Inc. f/k/a Gymboree Wholesale, Inc. (6588); Gemstone Solutions Mark, Inc. f/k/a Gym-Mark, Inc. (6459); Gemstone Solutions Operations, Inc. f/k/a Gymboree Operations, Inc. (6463); Gemstone Solutions Distribution, Inc. f/k/a Gymboree Distribution, Inc. (8669); Gemstone Solutions Manufacturing, Inc. f/k/a Gymboree Manufacturing, Inc. (6464); Gemstone Solutions RS, LLC f/k/a Gymboree Retail Stores, LLC (6461); Gemstone Solutions Card, LLC f/k/a Gym-Card, LLC (5720); and Gemstone Solutions PR, LLC f/k/a Gymboree Island, LLC (1215). The Debtors' service address is P.O. Box 192976, San Francisco, California 94119.

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management and Administrative Procedures and (II) Granting Related Relief* [Docket No. 78] (the "Case Management Order") was entered by the Court on January 17, 2019, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at https://cases.primeclerk.com/gym or for a fee via PACER at http://www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not timely file and serve a written objection to the relief requested in the Motion, consistent with the Debtors' Case Management Order, the Court may deem any opposition waived, treat the Motion as conceded and enter an order granting the relief requested in the Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Case Management Order, if you wish to oppose the Motion, **on or before 4:00 p.m. prevailing Eastern Time on September 13, 2019, or such shorter time as the Court may hereafter order, and of which you may receive subsequent notice, (the "Objection Deadline")**, you must file with the Court, at the address shown below, a written objection pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order:

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List and the Affected Entities, as such terms are defined in the Case Management Order, **on or before the Objection Deadline**.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion is scheduled to be heard before the Court at the Hearing scheduled for **September 16, 2019 at 1:00 p.m.** prevailing Eastern Time, in the United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia 23219.  If you fail to file timely a written response and to attend the hearing even if a response is timely filed, the Court may consider any objection you may have waived and enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE THAT** you should consult the Case Management Order before filing any written objection to the Motion.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: September 2, 2019<br>Richmond, Virginia | */s/ Brian H. Richardson*<br>Michael A. Condyles, Esq. (VA 27807)<br>Peter J. Barrett, Esq. (VA 46179)<br>Jeremy S. Williams, Esq. (VA 77469)<br>Brian H. Richardson, Esq. (VA 92477)<br>**KUTAK ROCK LLP**<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219-4071<br>Telephone:    (804) 644-1700<br>Facsimile:    (804) 783-6192<br>Email:   Michael.Condyles@KutakRock.com<br>            Peter.Barrett@KutakRock.com<br>            Jeremy.Williams@KutakRock.com<br>            Brian.Richardson@KutakRock.com<br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Evan R. Fleck, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:    (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:   ddunne@milbank.com<br>            efleck@milbank.com<br>            mprice@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |