Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Michael A. Condyles, Esq. (VA 27807)
Peter J. Barrett, Esq. (VA 46179)
Jeremy S. Williams, Esq. (VA 77469)
Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel for Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEMSTONE SOLUTIONS GROUP, INC., *et al.*,[1] | ) | Case No. 19-30258 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
FOR NOVEMBER 14, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

I.    **DEBTOR MOTIONS**

1.    "**Replacement LC Motion**." *Debtors' Application for Entry of Interim and Final Orders (I) Authorizing them to Replace an Existing Letter of Credit and (II) Granting a Waiver of (A) the Requirements of Section 345(b) of the Bankruptcy Code and (B) Certain of the U.S. Trustee's Operating Guidelines* [Docket No. 1100]

       Responses Received:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gemstone Solutions Group, Inc. f/k/a Gymboree Group, Inc. (6587); Gemstone Solutions Intermediate Corporation f/k/a Gymboree Intermediate Corporation (1473); Gemstone Solutions Holding Corporation f/k/a Gymboree Holding Corporation (0315); Gemstone Solutions Wholesale, Inc. f/k/a Gymboree Wholesale, Inc. (6588); Gemstone Solutions Mark, Inc. f/k/a Gym-Mark, Inc. (6459); Gemstone Solutions Operations, Inc. f/k/a Gymboree Operations, Inc. (6463); Gemstone Solutions Distribution, Inc. f/k/a Gymboree Distribution, Inc. (8669); Gemstone Solutions Manufacturing, Inc. f/k/a Gymboree Manufacturing, Inc. (6464); Gemstone Solutions RS, LLC f/k/a Gymboree Retail Stores, LLC (6461); Gemstone Solutions Card, LLC f/k/a Gym-Card, LLC (5720); and Gemstone Solutions PR, LLC f/k/a Gymboree Island, LLC (1215).  The Debtors' service address is P.O. Box 192976, San Francisco, California 94119.

A.   *Objection of United States Trustee of Debtors' Application for Entry of Interim and Final Orders (I) Authorizing them to Replace an Existing Letter of Credit and (II) Granting a Waiver of (A) the Requirements of Section 345(b) of the Bankruptcy Code and (B) Certain of the U.S. Trustee's Operating Guidelines* [Docket No. 1117]

Related Documents:

A.   *Notice of Application and Notice of Hearing* [Docket No. 1101]

B.   *Notice of Revised Final Proposed Order (I) Authorizing them to Replace an Existing Letter of Credit and (II) Granting a Waiver of (A) the Requirements of Section 345(b) of the Bankruptcy Code and (B) Certain of the U.S. Trustee's Operating Guidelines* [Docket No. 1124]

C.   *Interim Order (I) Authorizing them to Replace an Existing Letter of Credit and (II) Granting a Waiver of (A) the Requirements of Section 345(b) of the Bankruptcy Code and (B) Certain of the U.S. Trustee's Operating Guidelines* [Docket No. 1137]

Status:   This matter is going forward on a final basis.

2.   "**Eighth Motion to Authorize Contract Rejection**." *Debtors' Eighth Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts* [Docket No. 1156]

Responses Received: None

Related Documents:

A.   *Notice of Motion and Notice of Hearing* [Docket No. 1157]

Status:   This matter is going forward on an uncontested basis.

## II.   **NON-DEBTOR MOTIONS**

1.   "**Pan Pacific Motion**." *Notice of and Motion, in accordance with Agreed Order, to Determine that Pan Pacific's D&O Claims are not Estate Property; and Notice of Hearing Thereon* [Docket No. 1013]

2

Responses Received: None

Related Documents:

A.  *Stipulation and Agreed Order by and among Debtors and Pan Pacific Co. Ltd. in Connection with Debtors' Emergency Motion for Interim and Final Orders (I) Enforcing the Automatic Stay, (II) Directing Parties to Comply with Prior Plan, and (III) Granting Related Relief* [Docket No. 934]

Status:    The parties have agreed to adjourn this matter until the hearing on December 16, 2019.

## III.    ADVERSARY PROCEEDING

1.  "**Deutsche Bank Adversary**." *Deutsche Bank Trust Company Americas v. Gymboree Group, Inc., et. al.*, Case No. 19-03071 (KLP) [Docket No. 1]

Responses Received:

A.  *Defendants' Motion to Dismiss Complaint Pursuant to FRCP 12(B)(6) and Memorandum in Support* [Docket No. 10]

Related Documents:

A.  *Summons and Notice in an Adversary Proceeding* [Docket No. 3]

B.  *Defendants' Unopposed Motion for Enlargement of Time to Respond to Complaint* [Docket No. 5]

C.  *Order Granting Enlargement of Time for Defendants to Respond to Complaint* [Docket No. 7]

D.  *Notice of Motion and Notice of Hearing* [Docket No. 11]

E.  *Amended Notice of Hearing* [Docket No. 17]

F.  *Opposition of Deutsche Bank Trust Company Americas to Defendants Motion to Dismiss Pursuant to Rule 12(b)(6)* [Docket No. 18]

G.  *Amended Opposition of Deutsche Bank Trust Company Americas to Defendants Motion to Dismiss Pursuant to Rule 12(b)(6)* [Docket No. 20]

Status:          This matter is going forward.

Dated:  November 12, 2019            */s/  Brian H. Richardson*
Richmond, Virginia                    Michael A. Condyles, Esq. (VA 27807)
                                      Peter J. Barrett, Esq. (VA 46179)
                                      Jeremy S. Williams, Esq. (VA 77469)
                                      Brian H. Richardson, Esq. (VA 92477)
                                      **KUTAK ROCK LLP**
                                      901 East Byrd Street, Suite 1000
                                      Richmond, Virginia 23219-4071
                                      Telephone:    (804) 644-1700
                                      Facsimile:    (804) 783-6192
                                      Email: Michael.Condyles@KutakRock.com
                                             Peter.Barrett@KutakRock.com
                                             Jeremy.Williams@KutakRock.com
                                             Brian.Richardson@KutakRock.com

                                      -and-

                                      Dennis F. Dunne, Esq. (admitted *pro hac vice*)
                                      Evan R. Fleck, Esq. (admitted *pro hac vice*)
                                      Michael W. Price, Esq. (admitted *pro hac vice*)
                                      **MILBANK LLP**
                                      55 Hudson Yards
                                      New York, New York 10001
                                      Telephone:    (212) 530-5000
                                      Facsimile:    (212) 530-5219
                                      Email: ddunne@milbank.com
                                             efleck@milbank.com
                                             mprice@milbank.com

                                      *Co-Counsel for Debtors in Possession*