United States Bankruptcy Court For The Eastern District of Virginia Richmond Division

In re : Gemstone Solutions Group, Inc., et. al.          Case No: 19-30258
Debtors

Monthly Operating Report Gemstone Solutions Group, Inc., f/k/a Gymboree Group, Inc.

## Monthly Operating Report Table of Contents

| Required Documents | Part |
|---|---|
| Balance Sheet | 1 |
| Statement of Operations (Income Statement) | 2 |
| Cash Receipts and Disbursements | 3 |
| Bank Account Information | 4 |
| Payments to Insiders | 5 |
| Payments to Professionals | 6 |
| Post-Petition Status of Secured Notes, Leases Payable and Adequate Protection Payments | 7 |
| Accounts Receivable and Account Payable Aging | 8 |
| Status of Post-Petition Taxes | 9 |

In accordance with Title 28, Section 1746, of the United States Bankruptcy Code, I declare under penalty of perjury that I have examined the following monthly operating report and the accompanying attachments and, to the best of my knowledge, the documents are true, correct and complete.

_____          February 6, 2020
Signature of Authorized Individual         Date

Jon W. Kimmins
Printed Name of Authorized Individual

Chief Financial Officer
Title

**Gymboree Group, Inc. and Subsidiaries**
**Debtors in Possession**
**Condensed Balance Sheet  (unaudited)**
**As Of January 4, 2020**
**(in $000s)**

**Assets**

| | | |
|---|---:|---:|
| Cash - | | |
|   Operating and Store Cash | $ | 10,774 |
|   Professional Fees Segregated Account | | 5,007 |
|   Sales Tax Escrow | | 844 |
|   Restricted Cash / LOC deposits | | 17,071 |
| Total Cash | | 33,696 |
| | | |
| Accounts Receivable - | | |
|   Other AR - Misc. | | 10,549 |
|   Due From Gap Inc. | | 285 |
| Total Accounts Receivable | | 10,834 |
| | | |
| Other Assets - | | |
|   Deposits | | 3,428 |
|   Retainers | | 200 |
| Total Other Assets | | 3,628 |
| | | |
| Deferred Tax Asset | | - |
| | | |
| Total Assets | $ | 48,158 |

**Liabilities And Stockholders' Deficit**

| | | |
|---|---:|---:|
| Liabilities Not Subject to Compromise | | |
| Administrative Expenses - | | |
|   Accounts Payable | $ | 114 |
|   Accrued Rents | | 930 |
|   Vendor-related Claims | | 5,126 |
|   Professional Fees | | 1,957 |
|   Miscellaneous Accruals/Administrative Claims | | 6,607 |
| Total Administrative Expenses | | 14,735 |
| | | |
| Secured Claims - | | |
|   Debtor-in-Possession Financing | | 21,059 |
|   Workman's Compensation Claims | | 7,500 |
| Other Secured Claims | | 1,960 |
| Total Secured Claims | | 30,519 |
| | | |
| Total Liabilities Not Subject to Compromise | | 45,254 |
| | | |
| Liabilities Subject to Compromise | | 277,902 |
| | | |
| Total Liabilities | | 323,156 |
| | | |
| Stockholders' Deficit - | | |
| Common Stock | | 399,457 |
| Retained Earnings | | (674,456) |
| Total Stockholders' Deficit | | (274,999) |
| | | |
| Total Liabilities and Stockholders'  Deficit | $ | 48,158 |

**Gymboree Group, Inc. and Subsidiaries**
**Debtors in Possessions**
**Condensed Income Statement (unaudited)**
**For The Period Ended January 4, 2020**
**(in $000s)**

| | | |
|---|---|---|
| Adjustment to Net Gain for Inventory Liquidation | $ | - |
| Estate Administrative Expenses | | 838 |
| Bankruptcy Related and Valuation Adjustments | | - |
| Net Loss | | 838 |
| | | |
| Retained Earnings, Beginning of Period | | (675,294) |
| Retained Earnings, End of Period | $ | (674,456) |

**Cash Receipts and Disbursements**

| Entity Name | Receipts (1)(3) | Disbursements (2)(3)(4) |
|---|---:|---:|
| Gymboree Group, Inc. (19-30258) | $ 557,296 | $ 2,279,145 |
| Gymboree Distribution, Inc. (19-30250) | $ - | $ - |
| Gymboree Manufacturing Inc. (19-30256) | $ - | $ - |
| Gymboree Operations, Inc. (19-30255) | $ - | $ - |
| Gymboree Retail Stores, LLC. (19-30249) | $ - | $ - |
| Gymboree Island, LLC. (19-30251) | $ - | $ - |
| Gymboree Holding Corporation (19-30257) | $ - | $ - |
| Gymboree Intermediate Corporation (19-30252) | $ - | $ - |
| Gymboree Wholesale, Inc. (19-30253) | $ - | $ - |
| Gym-Mark, Inc. (19-30254) | $ - | $ - |
| Gym-Card, LLC. (19-30248) | $ - | $ - |
| **Grand Total** | **$ 557,296** | **2,279,145** |

(1) All cash receipts are reflected under Gymboree Group, Inc.
(2) All cash disbursements exclude intercompany transfers among the Debtor entities
(3) Represents activity during the post petition period of December 1, 2019 through January 4, 2020
(4) The Debtors use a centralized disbursement system. Nearly all disbursements are made out of the main operating account held by Gymboree Group, Inc.

**Bank Account Information**

| Entity Name | Account Description | Account Type | Last 4 digits of Bank Acct number | Current Value as of January 4, 2020 (per bank statement) |
|---|---|---|---|---:|
| The Gymboree Corporation | Bank of America Merrill Lynch | Crazy 8 Concentration | 5151 | - |
| The Gymboree Corporation | Bank of America Merrill Lynch | Main Concentration | 1406 | - |
| The Gymboree Corporation | Bank of America Merrill Lynch | Disbursement - Expense Reimbursement | 1496 | - |
| Gymboree Distribution, Inc. | Bank of America Merrill Lynch | Disbursement | 0935 | - |
| Gymboree Mark Inc. | Bank of America Merrill Lynch | Disbursement | 1469 | - |
| Gymboree Manufacturing Inc. | Bank of America Merrill Lynch | Disbursement | 1466 | 221,446 |
| Gymboree Retail Store Inc. | Bank of America_Gymboree | Store Depository Account | 1468 | - |
| Gymboree Retail Stores Inc. | Bank of America Merrill Lynch | Crazy 8 Credit Card | 1890 | - |
| Gymboree Retail Stores Inc. | Bank of America Merrill Lynch | Gymboree Credit Card | 1913 | - |
| Gymboree Retail Stores Inc. | Bank of America Merrill Lynch | Outlet Credit Card | 1243 | - |
| Gymboree Operations Inc. | Bank of America Merrill Lynch | Disbursement | 1467 | - |
| Gymboree Operations Inc. | Bank of America Merrill Lynch | Disbursement - Payroll | 0263 | 29,391 |
| Gymboree Operations Inc. | Bank of America Merrill Lynch | Disbursement - Healthcare | 4568 | - |
| Girrafe Holding, Inc. | Bank of America Merrill Lynch | Disbursement | 0285 | |
| S.C.C. Wholesale Inc. | Bank of America Merrill Lynch | Accounts Payable | 7578 | - |
| S.C.C. Wholesale Inc. | Bank of America Merrill Lynch | Concentration | 7972 | - |
| GYMBOREE ISLAND LLC | Bank of America Merrill Lynch | Puerto Rico Payroll Account | 7097 | - |
| Gymboree Retail Store Inc. | US Bank_Gymboree | Store Depository Account | 2259 | - |
| Gymboree Retail Store Inc. | TD Bank_Gymboree | Store Depository Account | 2388 | - |
| GYMBOREE ISLAND LLC | Bank of America Merrill Lynch | Puerto Rico Account Payable | 7092 | - |
| The Gymboree Corporation | Bank of America Merrill Lynch | Disbursement - Crazy 8 AP | 7657 | 14,089 |
| The Gymboree Corporation | Bank of America Merrill Lynch | Disbursement - Gymboree AP | 0084 | 87,813 |
| GYMBOREE ISLAND LLC | Bank of America Merrill Lynch | Puerto Rico Credit Card | 1876 | 225,539 |
| Gym Card, LLC | Bank of America Merrill Lynch | Gift Card Collections (3rd party) | 2816 | 838 |
| Gymboree Operations Inc. | Bank of America Merrill Lynch | Disbursement - Benefits | 2981 | 297,474 |
| GYMBOREE ISLAND LLC | Bank of America Merrill Lynch | Puerto Rico Concentration Account | 8867 | 22,634 |
| Gymboree Retail Stores Inc. | Bank of America Merrill Lynch | Disbursement | 1465 | 844,329 |
| The Gymboree Corporation | Bank of America Merrill Lynch | Main Operating Account | 0026 | 9,389,601 |
| The Gymboree Corporation | Bank of America Merrill Lynch | Proceeds Account | 0509 | - |
| Gymboree Holding Corporation | Bank of America Merrill Lynch | MMDA - Cash Collateral Account | 9983 | 75,590 |
| Gymboree Group, Inc. | Suntrust Bank | CLASS B SEGREGATED OPERATING ACCT | 3927 | 409,286 |
| Gymboree Group, Inc. | Suntrust Bank | CLASS B DIP FUNDING ACCOUNT | 3935 | - |
| Gymboree Group, Inc. | Suntrust Bank | GENERAL PURPOSE DIP FUNDING ACCOUNT | 3943 | - |
| Gymboree Group, Inc. | Suntrust Bank | GENERAL PURPOSE SEGREGATED OPERATING ACCOUNT | 3950 | 2,860,832 |
| Gymboree Group, Inc. | Citibank | Professional Fees Escrow Account | 9768 | 2,145,765 |
| | | | | $ 16,624,627 |
| Gymboree Group, Inc. | Bank of America Merrill Lynch | Cash Collateralize LCs (105% of Face Value) | | 6,780,458 |
| Gemstone Solutions Group, Inc. | BBVA | | | 10,290,665 |
| | | **Total Cash** | | $ 33,695,750 |

**Payments To Insiders**

| Name | Title/Capacity | Type of Payment | Amount Paid $ |
|---|---|---|---:|
| Jon Kimmins | Chief Financial Officer | Salary | $ 38,462 |
| Kimberly MacMillan | General Counsel | Salary | 30,330 |
| Eugene Davis | Board Member | Board Fees | 8,333 |
| Scott Vogel | Board Member | Board Fees | 8,333 |
| | | **Total Payments to Insiders** | **$ 85,458** |

**Payments to Professionals**

| Name | Amount Paid During Month (1)(2) | Total Paid to Date (3) |
|---|---:|---:|
| McGuire Woods LLP. | $ 5,182 | $ 266,989 |
| Alix Partners LLP. | $ - | $ 940,634 |
| Sullivan & Cromwell LLP. | $ 79,490 | $ 177,535 |
| Malfitano Advisors LLC. | $ - | $ 105,422 |
| Primeclerk LLC. | $ - | $ 963,513 |
| King & Spalding LLP. | $ - | $ 5,053,701 |
| Milbank LLP. | $ 656,723 | $ 6,553,614 |
| Kutack Rock LLP. | $ 21,709 | $ 536,685 |
| Berkeley Research Group LLC. | $ 299,338 | $ 4,515,897 |
| Joele Frank, Wilkinson Brimmer Katcher | $ - | $ 102,534 |
| KPMG | $ - | $ 58,769 |
| Stifel Financial Corp. | $ - | $ 4,756,000 |
| Whiteford Taylor Preston, LLP | $ 46,349 | $ 136,991 |
| Province, Inc | $ 3,858 | $ 603,159 |
| Pachulski Stang, Ziehl & Jones | $ - | $ 449,448 |
| Outten & Golden LLP. | $ - | $ 160,000 |
| Miller Buckfire & Co., LLC | $ - | $ 1,212,567 |
|  | $ 1,112,649 | $ 26,593,459 |

(1) Represents activity during the post petition period through January 4, 2020.
(2) Excludes payments to ordinary course professionals and temporary help.
(3) Total Payments to professionals include $2.28M paid direct to professionals from Gymboree
Group, Inc. operating account on January 18, 2019. All other payments to professionals were made

**Post Petition Status of Secured Notes, Leases Payable and Adequate Protection Payments**

**Payments**

| Name of Creditor | Description | Scheduled Monthly Payments | Amount Paid During Period (1) | Total Unpaid Post-Petition |
|---|---|---|---|---|
| Goldman Sachs | DIP Fees & Interest: OID & Admin Fee | $ - | $ 1,936,292 | $ - |
| Bank of America | Cash Collateralize LCs (105% of Face Value) | $ - | $ 377,000 | $ - |
| Bank of America | Cash Collateralize LCs (105% of Face Value) | $ - | $ 44,631,580 | $ - |
| N/A | Adequate Assurance Deposit | $ - | $ 410,375 | $ - |
| | **Total Payments** | $ - | $ 47,355,247 | $ - |

**DIP Financing (Term Loan, Revolver, ABL)**

| Name of Creditor | Beginning Balance | Additional Draws | Paid Down | Ending Balance |
|---|---|---|---|---|
| Bank of America | $ 80,702,020 | $ 1,175,814 | $ (81,877,834) | $ - |
| Goldman Sachs Tranche A | $ - | $ 10,000,000 | $ (10,000,000) | $ - |
| Goldman Sachs Tranche B | $ - | $ 20,000,000 | $ (955,000) | $ 19,045,000 |
| Goldman Sachs Pre-Petition Term Loan Roll Up | $ 89,045,000 | $ - | $ (89,045,000) | $ - |

(1) Represents activity during the post petition period of January 17, 2019 through January 4, 2020.
(2) Please refer to the Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To Obtain Postpetition Financing, (II) Authorizing The Debtors To Use Cash Collateral, (III) Granting Liens And Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection To The Prepetition Lenders, (V) Modifying The Automatic Stay, (VI) Scheduling A Final Hearing, And (VII) Granting Related Relief.

**Accounts Receivable and Accounts Payable Aging**

**Accounts Receivable Aging**

| Accounts Receivable | Amount |
|---|---|
| Payment Expected within 30-60 days | $ 285,000 |
| Payment Expected within 61-180 days | 10,548,653 |
| **Accounts Receivable (Net)** | **$ 10,833,653** |

**Accounts Payable Aging**

| Category | 0-30 Days | 31-60 Days | > 60 Days | Total |
|---|---|---|---|---|
| **Total Accounts Payables - various** | 74,822 | 27,513 | 11,930 | 114,265 |

**Status of Post-Petition Taxes**

| The Gymboree Corporation et al. and its related debtor legal entities | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---:|---:|---:|---:|
| Sales and Use Taxes | $ - | $ - | $ - | - |
| Income Taxes / Franchise Taxes | 47,796 | | 30,066 | 17,730 |
| Property Taxes | 316,064 | | 14,234 | 301,830 |
| Miscellaneous Taxes and Fees | 158,103 | | 7,277 | 150,826 |
| Potential Additional Taxes | 1,903,443 | - | | 1,903,443 |
| **Total Taxes Payable** | **$ 2,425,406** | **$ -** | **$ 51,577** | **$ 2,373,829** |

These items are included in the balance sheet line items Sales and Other Taxed Payable and Miscellaneous Accruals