| | |
|---|---|
| Dennis F. Dunne, Esq. (admitted *pro hac vice*) | Michael A. Condyles, Esq. (VA 27807) |
| Evan R. Fleck, Esq. (admitted *pro hac vice*) | Peter J. Barrett, Esq. (VA 46179) |
| Michael W. Price, Esq. (admitted *pro hac vice*) | Jeremy S. Williams, Esq. (VA 77469) |
| **MILBANK LLP** | Brian H. Richardson, Esq. (VA 92477) |
| 55 Hudson Yards | **KUTAK ROCK LLP** |
| New York, New York 10001 | 901 East Byrd Street, Suite 1000 |
| Telephone:  (212) 530-5000 | Richmond, Virginia 23219-4071 |
| Facsimile:  (212) 530-5219 | Telephone:  (804) 644-1700 |
| | Facsimile:  (804) 783-6192 |

*Co-Counsel for Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GEMSTONE SOLUTIONS GROUP, INC., *et al.*,[1] | ) ) | Case No. 19-30258 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
FOR FEBRUARY 12, 2020, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

**I.    DEBTOR MOTIONS**

1. "**Eleventh Motion to Authorize Contract Rejection**." *Debtors' Eleventh Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts* [Docket No. 1322]

    Responses Received: None

    Related Documents:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Gemstone Solutions Group, Inc. f/k/a Gymboree Group, Inc. (6587); Gemstone Solutions Intermediate Corporation f/k/a Gymboree Intermediate Corporation (1473); Gemstone Solutions Holding Corporation f/k/a Gymboree Holding Corporation (0315); Gemstone Solutions Wholesale, Inc. f/k/a Gymboree Wholesale, Inc. (6588); Gemstone Solutions Mark, Inc. f/k/a Gym-Mark, Inc. (6459); Gemstone Solutions Operations, Inc. f/k/a Gymboree Operations, Inc. (6463); Gemstone Solutions Distribution, Inc. f/k/a Gymboree Distribution, Inc. (8669); Gemstone Solutions Manufacturing, Inc. f/k/a Gymboree Manufacturing, Inc. (6464); Gemstone Solutions RS, LLC f/k/a Gymboree Retail Stores, LLC (6461); Gemstone Solutions Card, LLC f/k/a Gym-Card, LLC (5720); and Gemstone Solutions PR, LLC f/k/a Gymboree Island, LLC (1215).  The Debtors' service address is P.O. Box 192976, San Francisco, California 94119.

        A.    *Notice of Motion and Notice of Hearing* [Docket No. 1323]

Status:    This matter is going forward on an uncontested basis.

## II. CLAIMS OBJECTIONS

1. "**Debtors' Second Omnibus Claims Objection**." *Notice of Debtors' Second Omnibus Objection to Certain No Liability Claims* [Docket No 1247]

    Responses Received:

        A.    *California Franchise Tax Board's Response to Debtors' Second Omnibus Objection to Certain No Liability Claims* [Docket No. 1341]

    Related Documents:

        A.    *Debtors' Reply to (I) California Franchise Tax Board's Response to Debtors' Second Omnibus Objection to Certain No Liability Claims and (II) California Franchise Tax Board's Response to Debtors' Third Omnibus Objection to Certain (A) Cross Debtor Duplicate Claims and (B) Amended or Superseded Claims* [Docket No. 1346]

    Status:    With respect to Claim No. 3399 of the California Franchise Tax Board, the objection is going forward.

        With respect to Claim No. 2880 of the Tennessee Department of Revenue, the claim has been satisfied and the objection has been resolved.

        With respect to all other claims, an order has previously been entered by the Court, a revised proposed order will be filed, or the objection has otherwise been resolved.

2. "**Debtors' Third Omnibus Claims Objection**." *Notice of Debtors' Third Omnibus Objection to Certain (A) Cross Debtor Duplicate Claims and (B) Amended or Superseded Claims* [Docket No. 1248]

    Responses Received:

        A.    *California Franchise Tax Board's Response to Debtors' Third Omnibus Objection to Certain (A) Cross Debtor Duplicate Claims and (B) Amended or Superseded Claims* [Docket No. 1342]

    Related Documents:

   A. *Amended Exhibit: Amended Schedule 1* [Docket No. 1251]

   B. *Debtors' Reply to (I) California Franchise Tax Board's Response to Debtors' Second Omnibus Objection to Certain No Liability Claims and (II) California Franchise Tax Board's Response to Debtors' Third Omnibus Objection to Certain (A) Cross Debtor Duplicate Claims and (B) Amended or Superseded Claims* [Docket No. 1346]

Status: With respect to Claim Nos. 2997, 3023, 3024, 3035, 3052, 3054, 3055, and 3373 of the California Franchise Tax Board, the objection has been withdrawn.

   With respect to all other claims, an order has previously been entered by the Court, a revised proposed order will be filed, or the objection has otherwise been resolved.

## III. NON-DEBTOR MOTIONS

1. "**Pan Pacific Motion**." *Notice of and Motion, in accordance with Agreed Order, to Determine that Pan Pacific's D&O Claims are not Estate Property; and Notice of Hearing Thereon* [Docket No. 1013]

 Responses Received: None

 Related Documents:

   A. *Stipulation and Agreed Order by and among Debtors and Pan Pacific Co. Ltd. in Connection with Debtors' Emergency Motion for Interim and Final Orders (I) Enforcing the Automatic Stay, (II) Directing Parties to Comply with Prior Plan, and (III) Granting Related Relief* [Docket No. 934]

   B. Notice of Individual Administrative Claim Settlements [Docket No. 1272]

 Status: Pursuant to the terms of the settlement agreement between the parties, this matter is to be carried forward as adjourned pending confirmation of a chapter 11 plan. Accordingly, the parties have agreed to adjourn this matter until the next omnibus hearing, March 12, 2020 at 1:00 P.M.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: February 10, 2020<br>Richmond, Virginia | /s/ Brian H. Richardson<br>Michael A. Condyles, Esq. (VA 27807)<br>Peter J. Barrett, Esq. (VA 46179)<br>Jeremy S. Williams, Esq. (VA 77469)<br>Brian H. Richardson, Esq. (VA 92477)<br>**KUTAK ROCK LLP**<br>901 East Byrd Street, Suite 1000<br>Richmond, Virginia 23219-4071<br>Telephone:    (804) 644-1700<br>Facsimile:    (804) 783-6192<br>Email: Michael.Condyles@KutakRock.com<br>          Peter.Barrett@KutakRock.com<br>          Jeremy.Williams@KutakRock.com<br>          Brian.Richardson@KutakRock.com<br><br>-and-<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Evan R. Fleck, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:    (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email: ddunne@milbank.com<br>          efleck@milbank.com<br>          mprice@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |