Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Michael A. Condyles, Esq. (VA 27807)
Peter J. Barrett, Esq. (VA 46179)
Jeremy S. Williams, Esq. (VA 77469)
Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel for the Reorganized Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GEMSTONE SOLUTIONS GROUP, INC., *et al.*, | ) | Case No. 19-30258 (KLP) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF PROPOSED STIPULATION AND CONSENT ORDER REGARDING CLAIMS OF THE LOUISIANA DEPARTMENT OF REVENUE

**PLEASE TAKE NOTICE** that the above-captioned reorganized debtors (collectively, the "Reorganized Debtors")[1] hereby files a proposed *Stipulation and Consent Order Regarding Claims of the Louisiana Department of Revenue* (the "Proposed Order") attached hereto as **Exhibit A**. The Reorganized Debtors intend to submit the Proposed Order through the Court's electronic order submission process for entry in the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that copies of the Proposed Order, and all other documents filed in these chapter 11 cases are available free of charge by visiting the Reorganized Debtor's restructuring website at https://cases.primeclerk.com/gym. You may also obtain copies

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Gemstone Solutions Group, Inc. f/k/a Gymboree Group, Inc. (6587); Gemstone Solutions Intermediate Corporation f/k/a Gymboree Intermediate Corporation (1473); Gemstone Solutions Holding Corporation f/k/a Gymboree Holding Corporation (0315); Gemstone Solutions Wholesale, Inc. f/k/a Gymboree Wholesale, Inc. (6588); Gemstone Solutions Mark, Inc. f/k/a Gym-Mark, Inc. (6459); Gemstone Solutions Operations, Inc. f/k/a Gymboree Operations, Inc. (6463); Gemstone Solutions Distribution, Inc. f/k/a Gymboree Distribution, Inc. (8669); Gemstone Solutions Manufacturing, Inc. f/k/a Gymboree Manufacturing, Inc. (6464); Gemstone Solutions RS, LLC f/k/a Gymboree Retail Stores, LLC (6461); Gemstone Solutions Card, LLC f/k/a Gym-Card, LLC (5720); and Gemstone Solutions PR, LLC f/k/a Gymboree Island, LLC (1215). The Reorganized Debtors' service address is P.O. Box 192976, San Francisco, California 94119.

of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: January 28, 2021     */s/ Brian H. Richardson*
Richmond, Virginia      Michael A. Condyles, Esq. (VA 27807)
            Peter J. Barrett, Esq. (VA 46179)
            Jeremy S. Williams, Esq. (VA 77469)
            Brian H. Richardson, Esq. (VA 92477)
            **KUTAK ROCK LLP**
            901 East Byrd Street, Suite 1000
            Richmond, Virginia 23219-4071
            Telephone: (804) 644-1700
            Facsimile: (804) 783-6192
            Email:  Michael.Condyles@KutakRock.com
                 Peter.Barrett@KutakRock.com
                 Jeremy.Williams@KutakRock.com
                 Brian.Richardson@KutakRock.com

            -and-

            Dennis F. Dunne, Esq. (admitted *pro hac vice*)
            Evan R. Fleck, Esq. (admitted *pro hac vice*)
            Michael W. Price, Esq. (admitted *pro hac vice*)
            **MILBANK LLP**
            55 Hudson Yards
            New York, New York 10001
            Telephone: (212) 530-5000
            Facsimile: (212) 530-5219
            Email:  ddunne@milbank.com
                 efleck@milbank.com
                 mprice@milbank.com

            *Co-Counsel for the Reorganized Debtors*

## Exhibit A

**Proposed Order**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

*Co-Counsel for the Reorganized Debtors*

Michael A. Condyles, Esq. (VA 27807)
Peter J. Barrett, Esq. (VA 46179)
Jeremy S. Williams, Esq. (VA 77469)
Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GEMSTONE SOLUTIONS GROUP, INC., *et al.*,[1] | ) | Case No. 19-30258 (KLP) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## STIPULATION AND CONSENT ORDER REGARDING CLAIMS
## OF THE LOUISIANA DEPARTMENT OF REVENUE

Gemstone Solutions Group, Inc. ("GSGI") f/k/a Gymboree Group, Inc., Gemstone

Solutions RS, LLC ("GRRS") f/k/a Gymboree Retails Stores, LLC, and Gemstone Solutions

Operations, Inc. ("GSOI" and, together with GSGI and GRRS, "Gemstone") f/k/a Gymboree

Operations, Inc., reorganized debtors in the above-captioned cases and the Louisiana Department

of Revenue ("Louisiana Department of Revenue", and, together with Gemstone, the "Parties"),

---

[1] The Reorganized Debtors, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Gemstone Solutions Group, Inc. f/k/a Gymboree Group, Inc. (6587); Gemstone Solutions Intermediate Corporation f/k/a Gymboree Intermediate Corporation (1473); Gemstone Solutions Holding Corporation f/k/a Gymboree Holding Corporation (0315); Gemstone Solutions Wholesale, Inc. f/k/a Gymboree Wholesale, Inc. (6588); Gemstone Solutions Mark, Inc. f/k/a Gym-Mark, Inc. (6459); Gemstone Solutions Operations, Inc. f/k/a Gymboree Operations, Inc. (6463); Gemstone Solutions Distribution, Inc. f/k/a Gymboree Distribution, Inc. (8669); Gemstone Solutions Manufacturing, Inc. f/k/a Gymboree Manufacturing, Inc. (6464); Gemstone Solutions RS, LLC f/k/a Gymboree Retail Stores, LLC (6461); Gemstone Solutions Card, LLC f/k/a Gym-Card, LLC (5720); and Gemstone Solutions PR, LLC f/k/a Gymboree Island, LLC (1215). The Reorganized Debtors' service address is P.O. Box 192976, San Francisco, California 94119.

each by counsel, hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows:

## RECITALS

**WHEREAS**, on January 16, 2019, Gemstone and its affiliated reorganized debtors (collectively, the "Reorganized Debtors") filed for bankruptcy protection under chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court");

**WHEREAS**, on the dates set forth in **Schedule 1**, the Louisiana Department of Revenue filed a number of proofs of claim, which asserted administrative, priority and/or general unsecured claims each as set forth in **Schedule 1** (the "Asserted Claims");

**WHEREAS**, on March 4, 2019, the Bankruptcy Court entered the *Order (I) Approving the Sale of Certain Gymboree and Crazy 8 Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief* [Docket No. 487], which, among other things, authorized the sale of certain intellectual property (including the Gymboree name), required the Debtors to cease usage of the such intellectual property, and required the Reorganized Debtors to change the caption of the chapter 11 cases;

**WHEREAS**, on August 9, 2019, the Bankruptcy Court entered the *Order Approving Omnibus Relief in Aid of Administration of Post-Sale Residual Estates, Including Claim Settlement Procedures and Remaining Employee Severance Plan* [Docket No. 957], authorizing the Clerk of the Bankruptcy Court to update the ECF filing system and records to reflect the changes of the Reorganized Debtors respective corporate names.

**WHEREAS**, on December 23, 2020, the Reorganized Debtors filed the *Debtors' Eighteenth Omnibus Objection to Certain Misclassified Priority and Administrative Priority*

*Claims* [Docket No. 1912] (the "<u>Objection</u>"), in which the Debtors objected to Claim 3635 and

Claim 3636; and

   **WHEREAS**, on December 23, 2020, the Reorganized Debtors filed the *Notice of*

*Satisfaction of Claim* [Docket No. 1914] (the "<u>Docket 1914 Notice of Satisfaction</u>"), in which the

Debtors notified the Louisiana Department of Revenue that Claim 266, Claim 269, Claim 3637,

and Claim 3638 had been satisfied; and

   **WHEREAS**, on December 23, 2020, the Reorganized Debtors filed the *Notice of*

*Satisfaction of Claim* [Docket No. 1915] (the "<u>Docket 1915 Notice of Satisfaction</u>" and, together

with the Docket 1914 Notice of Satisfaction, the "<u>Satisfaction Notices</u>"), in which the Debtors

notified the Louisiana Department of Revenue that Claim 268 and Claim 2736 had been satisfied;

and

   **WHEREAS**, the Reorganized Debtors and the Louisiana Department of Revenue now

wish to settle the issues presented in the Objection and Satisfaction Notices with respect to the

Asserted Claims.

<u>**SETTLEMENT**</u>

   NOW THEREFORE, IN CONSIDERATION OF THE MUTUAL PROMISES

CONTAINED HEREIN, AND FOR GOOD AND VALUABLE CONSIDERATION, THE

RECEIPT AND SUFFICIENCY OF WHICH IS HEREBY ACKNOLWEDGED, IT IS HEREBY

STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THAT:

   1.  The recitals set forth above are incorporated herein by this reference as though set

forth herein at length.

   2.  Based upon the Louisiana Department of Revenue's receipt and review of the

Reorganized Debtors' tax returns and the orders entered by the Bankruptcy Court and referenced

herein, the Debtors and the Louisiana Department of Revenue agree that the Asserted Claims shall

3

be resolved in the manner set forth in **Schedule 1** (the "Stipulated Manner of Claim Resolution")

in full and final satisfaction of the Asserted Claims.

3.      The Clerk of the Court and the Claims and Noticing Agent are hereby authorized

to reflect the Stipulated Manner of Claim Resolution on the docket and claims register for the

above-reference case or any affiliated case of a Reorganized Debtors (whether or not such case has

been closed).

4.      Nothing contained herein shall be deemed a waiver of the right of the Reorganized

Debtors to object to any claim other than those set forth on Schedule 1 (whether asserted by the

Louisiana Department of Revenue or any other party).

5.      No modification or amendment of this Stipulation shall be valid unless it is in

writing and signed by the Parties.

6.      This Stipulation may be executed in one or more counterparts, by .pdf or other

electronic transmission, each of which shall be deemed an original, but all of which together shall

constitute one and the same instrument.

7.      This Stipulation and Consent Order shall be effective and binding on the Parties

and all parties in interest once signed by the Parties and so-ordered by the Bankruptcy Court.

8.      In the event of any dispute with respect to the subject matter of this Stipulation, the

Parties agree that the Bankruptcy Court will have exclusive jurisdiction to resolve such dispute.

IN WITNESS WHEREOF and in agreement herewith, by and through the undersigned, the Parties have executed and delivered this Stipulation as of the date first set forth below.

Dated: January 27, 2021

**GEMSTONE SOLUTIONS GROUP, INC.**
**REORGANIZED DEBTORS**

By: */s/ Brian H. Richardson*
  Michael A. Condyles, Esq. (VA 27807)
  Peter J. Barrett, Esq. (VA 46179)
  Jeremy S. Williams, Esq. (VA 77469)
  Brian H. Richardson, Esq. (VA 92477)
**KUTAK ROCK LLP**
  901 East Byrd Street, Suite 1000
  Richmond, Virginia 23219-4071
  Telephone:    (804) 644-1700
  Facsimile:    (804) 783-6192
  Email: Michael.Condyles@KutakRock.com
        Peter.Barrett@KutakRock.com
        Jeremy.Williams@KutakRock.com
        Brian.Richardson@KutakRock.com


  -and-

  Dennis F. Dunne, Esq. (admitted *pro hac vice*)
  Evan R. Fleck, Esq. (admitted *pro hac vice*)
  Michael W. Price, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
  55 Hudson Yards
  New York, New York 10001
  Telephone:    (212) 530-5000
  Facsimile:    (212) 530-5219
  Email: ddunne@milbank.com
        efleck@milbank.com
        mprice@milbank.com


  *Co-Counsel for the Reorganized Debtors*


**LOUISIANA DEPARTMENT OF REVENUE**

By:  */s/ Florence Bonaccorso-Saenz*
Name: Florence Bonaccorso-Saenz
Title: Senior Bankruptcy Counsel

SO ORDERED

Dated:                                              _____
Richmond, Virginia                              HONORABLE KEITH L. PHILLIPS
                                                UNITED STATES BANKRUPTCY JUDGE


## **CERTIFICATION OF ENDORSEMENT**
## **UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order
has been endorsed by or served upon all necessary parties.

*/s/ Brian H. Richardson*

6

**Schedule 1**

| ASSERTED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Debtor | Asserted Administrative or Priority Amount | Subject to Reorganized Debtors' Objection or Satisfaction Notices | Stipulated Manner of Claim Resolution |
| 3635 | 4/28/2020 | Gemstone Solutions Operations, Inc. | $5,603.25 | Objection | Withdrawn by Louisiana Department of Revenue on 11/16/20 – Claims register to be updated to reflect the same. |
| 3636 | 4/28/2020 | Gemstone Solutions RS, LLC | $1,100.00 | Objection | Agreed to be expunged. Claims register to be updated to reflect the same. |
| 266 | 2/20/2019 | Gemstone Solutions Operations, Inc. | $679.16 | Docket 1914 Notice of Satisfaction | Claim has been satisfied. Claims register to be updated to reflect the same. |
| 269 | 2/20/2019 | Gemstone Solutions Group, Inc. | $1,584.10 | Docket 1914 Notice of Satisfaction | Claim has been satisfied. Claims register to be updated to reflect the same. |
| 3637 | 4/28/2020 | Gemstone Solutions Group, Inc. | $283.67 | Docket 1914 Notice of Satisfaction | Claim has been satisfied. Claims register to be updated to reflect the same. |
| 3638 | 4/28/2020 | Gemstone Solutions Operations, Inc. | $13.16 | Docket 1914 Notice of Satisfaction | Claim has been satisfied. Claims register to be updated to reflect the same. |
| 268 | 2/20/2019 | Gemstone Solutions RS, LLC | $890.00 | Docket 1915 Notice of Satisfaction | Withdrawn by Louisiana Department of Revenue on 4/13/20 – Claims register to be updated to reflect the same. |
| 2736 | 4/16/2019 | Gemstone Solutions Operations, LLC | $1,163.00 | Docket 1915 Notice of Satisfaction | Agreed to be expunged. Claims register to be updated to reflect the same. |